*Nicholas E. DeNigris,* for the appellees (defendants).

*Henry D. Marcus,* for the appellant (plaintiff).

Argued March 1—decided March 1, 1966

BRUNO FAIOLA *v.* GUIDO J. FAIOLA ET AL.

The motion by the plaintiff to set aside the judgment of the Superior Court in Hartford County and that judgment by default be directed against the defendants is denied.

*Henry D. Marcus,* for the appellant (plaintiff).

*Bourke G. Spellacy* and *Jason E. Pearl,* for the appellees (defendants).

Argued March 1—decided March 1, 1966

MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*John J. Sullivan,* for the appellant (defendant).

Argued March 1—decided March 1, 1966

WILLIAM HERBERT ET AL. *v.* FREDERICK SMYTH ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Litchfield County is denied.